IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Kaylynn SMITH, Plaintiff, v. Carolyn COLVIN, Commissioner of Social Security (acting) Defendant. | CIVIL ACTION NO. 12-3784 |
|---|---|

FILED AUG 24 2017 KATE BARKMAN, Clerk By_____Dep. Clerk

## ORDER

And NOW, this 24th day of August 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Plaintiff's Request for Judicial Review of the Commissioner of Social Security's decision to deny Plaintiff's application for disability benefits (ECF 11) is DENIED.

Clerk shall close case

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Jessica.2016\12-cv-3784, Smith v. Astrue\Order Re Request for Judicial Review.docx